WILL WILKINSON and R. S. WATSON, Appellants, v. HARDING DREDGE COMPANY, a Corporation, and DRAINAGE DISTRICT No. 25 OF MISSISSIPPI COUNTY, MISSOURI, a Corporation, Respondents.

**Springfield Court of Appeals, June 13, 1914.**

Appeal from Mississippi Circuit Court.—*Hon. Frank Kelly,* Judge.

*Russell, Deal & Joslyn* for appellants.

*Boone & Lee* and *J. M. Haw* for the respondent, Drainage District No. 25.

No appearance for Respondent, Harding Dredge Company.

REVERSED AND REMANDED.

ROBERTSON, P. J.—The plaintiffs, having obtained a judgment against the said Harding Dredge

Company for $398.02, debt, and $11.90, costs, upon which execution was issued and returned *nulla bona,* instituted a suit similar to that of DeField against the same defendants as herein (in which an opinion has this day been filed), met the same fate upon a demurrer to their petition and have appealed.

For the reasons assigned in that case, we reverse the judgment and remand the cause. *Farrington* and *Sturgis, JJ.,* concur.